FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE ANN OWENS,<br><br>    Plaintiff,<br><br> -vs-<br><br>YMCA OF THE INLAND NORTHWEST, a Washington Nonprofit Corporation,<br><br>    Defendant. | No. 2:24-CV-0387-JAG<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

 Pending before the Court is the parties Stipulation and Motion for Dismissal With Prejudice. ECF No. 32. Based on the stipulation of the parties, **IT IS HEREBY ORDERED** that all claims by and between Plaintiff and Defendants in the above entitled action are hereby **dismissed with prejudice** and without an award of costs or attorneys' fees to any party. All pending motions are denied as moot.

 The District Court Executive is directed to file this Order, provide copies to counsel and *pro se* Plaintiff and **CLOSE** this file.

 DATED June 10, 2025.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1